AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BERZON, MARSHA S. | U.S. CA NINTH CIRCUIT | 08/13/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE - ACTIVE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

95 SEVENTH STREET
P.O. BOX 1939393
SAN FRANCISCO, CA 94119-3939

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | UC HASTINGS COLLEGE OF THE LAW - TEACHING | $3,060.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | SELF-EMPLOYED ATTORNEY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. LOS ANGELES COUNTY BAR ASSOCIATION | 3/23/2013-3/27/2013 | LOS ANGELES, CA | PROFESSIONAL ASSOCIATION ACTIVITY | TRAVEL, LODGING, MEALS |
| 2. UNIVERSITY OF CHICAGO LAW SCHOOL | 4/28/2013-4/29/2013 | CHICAGO, IL | EDUCATIONAL ACTIVITY | TRAVEL, LODGING, MEALS |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 08/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. SUSMAN GODFREY, LLP*3 | LEGAL SERVICES | $26,658.91 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br><br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br><br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. BANK OF AMERICA ACCOUNTS | A | Interest | M | T | | | | | |
| 2. CITIBANK ACCOUNTS | A | Interest | | | Closed | 02/15/13 | O | | |
| 3. FIRST REPUBLIC BANK ACCOUNTS | A | Interest | | | Closed | 02/15/13 | O | | |
| 4. STERLING BANK & TRUST ACCOUNTS | C | Interest | O | T | | | | | |
| 5. UNION BANK ACCOUNTS | C | Interest | N | T | | | | | |
| 6. US BANK ACCOUNTS | A | Interest | | | Closed | 02/28/13 | O | | |
| 7. ALCATEL LUCENT ADR FSPONSORED ADR (X) | | None | | | Sold | 03/07/13 | J | | |
| 8. COCA COLA COMPANY - COMMON STOCK | B | Dividend | L | T | | | | | |
| 9. COMCAST CORP NEW CL A - COMMON STOCK | A | Dividend | | | Sold | 03/07/13 | J | C | |
| 10. CORNING INC - COMMON STOCK | B | Dividend | L | T | | | | | |
| 11. FAIRPOINT COMMUN INC (X) | | None | | | Sold | 03/07/13 | J | | |
| 12. FRONTIER COMMUNICATIONS - COMMON STOCK | A | Dividend | | | Sold | 03/07/13 | J | | |
| 13. LSI CORPORATION - COMMON STOCK | | None | | | Sold | 03/07/13 | J | | |
| 14. NORTHEAST UTILITIES - COMMON STOCK | A | Dividend | | | Sold | 03/07/13 | K | D | |
| 15. PEPSICO INCORPORATED - COMMON STOCK | B | Dividend | K | T | | | | | |
| 16. POWERSHRS QQQ TRUST SER 1 | A | Dividend | L | T | Buy | 03/07/13 | K | | |
| 17. | | | | | Buy<br>(add'l) | 09/11/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BERZON, MARSHA S. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PUB SVC ENT GROUP INC - COMMON STOCK | A | Dividend | | | Sold | 03/07/13 | J | C | |
| 19. SPDR S&P 500 ETF TR | D | Dividend | O | T | Buy | 03/07/13 | O | | |
| 20. | | | | | Buy (add'l) | 06/07/13 | K | | |
| 21. | | | | | Buy (add'l) | 09/11/13 | L | | |
| 22. | | | | | Sold (part) | 12/04/13 | K | D | |
| 23. VANGUARD FTSE ETF | D | Dividend | N | T | Buy | 03/07/13 | K | | |
| 24. | | | | | Buy (add'l) | 03/07/13 | K | | |
| 25. | | | | | Buy (add'l) | 03/07/13 | L | | |
| 26. | | | | | Buy (add'l) | 03/07/13 | L | | |
| 27. | | | | | Buy (add'l) | 03/07/13 | L | | |
| 28. | | | | | Buy (add'l) | 06/07/13 | K | | |
| 29. | | | | | Buy (add'l) | 09/11/13 | J | | |
| 30. VANGUARD INFLATION | A | Dividend | | | Buy | 03/08/13 | M | | |
| 31. | | | | | Sold | 09/11/13 | M | | |
| 32. VANGUARD INFO TECHNOLOGY | B | Dividend | M | T | Buy | 03/07/13 | M | | |
| 33. | | | | | Buy (add'l) | 09/11/13 | J | | |
| 34. | | | | | Sold (part) | 12/04/13 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. VERIZON COMMUNICATIONS - COMMON STOCK | A | Dividend | | | Sold | 03/07/13 | K | C | |
| 36. VODAFONE GROUP NEW ADR F - COMMON STOCK | A | Dividend | | | Sold | 03/07/13 | J | A | |
| 37. DFA CA SHORT TERM MUNI | C | Dividend | O | T | Buy | 03/08/13 | N | | |
| 38. | | | | | Buy (add'l) | 09/11/13 | M | | |
| 39. | | | | | Buy (add'l) | 11/13/13 | J | | |
| 40. | | | | | Buy (add'l) | 12/04/13 | K | | |
| 41. DFA EMERGING MKTS CORE | C | Dividend | M | T | Buy | 03/07/13 | M | | |
| 42. | | | | | Sold | 09/11/13 | M | | |
| 43. | | | | | Buy | 11/13/13 | M | | |
| 44. DFA EMERGING MKTS PORT | | None | | | Buy | 09/11/13 | M | | |
| 45. | | | | | Sold | 11/13/13 | M | | |
| 46. DFA INTL SMALL CAP VALUE | C | Dividend | L | T | Buy | 03/07/13 | L | | |
| 47. DFA INTL SMALL COMPANY | C | Dividend | L | T | Buy | 03/07/13 | L | | |
| 48. | | | | | Sold (part) | 12/04/13 | J | B | |
| 49. DFA INTL VALUE PORTFOLIO | C | Dividend | L | T | Buy | 03/07/13 | L | | |
| 50. DFA ONE YEAR FIXED INCM | A | Dividend | | | Buy | 03/12/13 | N | | |
| 51. | | | | | Sold (part) | 06/07/13 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold | 09/11/13 | M | | |
| 53. DFA US LARGE CAP VALUE | D | Dividend | N | T | Buy | 03/07/13 | N | | |
| 54. | | | | | Sold<br>(part) | 12/04/13 | J | B | |
| 55. DFA US MICRO CAP PORT | A | Dividend | J | T | Buy | 06/07/13 | J | | |
| 56. DFA US SMALL CAP VALUE | A | Dividend | K | T | Buy | 06/07/13 | J | | |
| 57. DREYFUS ACTIVE MIDCAP FD | | None | | | Sold<br>(part) | 03/07/13 | J | A | |
| 58. | | | | | Sold | 03/07/13 | M | | |
| 59. DREYFUS APPRECIATION FUND | | None | | | Sold<br>(part) | 03/07/13 | J | A | |
| 60. | | | | | Sold | 03/07/13 | K | E | |
| 61. DREYFUS OPPORTUNISTIC | | None | | | Sold | 03/07/13 | L | A | |
| 62. PIMCO FOREIGN BOND FUND | D | Dividend | N | T | Buy | 03/08/13 | N | | |
| 63. | | | | | Buy<br>(add'l) | 09/11/13 | K | | |
| 64. | | | | | Buy<br>(add'l) | 12/04/13 | J | | |
| 65. PIMCO LOW DURATION FUND | B | Dividend | M | T | Buy | 09/11/13 | M | | |
| 66. PIMCO REAL RETURN FUND | B | Dividend | M | T | Buy | 09/11/13 | M | | |
| 67. RS MID CAP OPPORTUNITIES FUND | | None | | | Sold | 03/07/13 | O | F | |
| 68. SCHWAB CORE EQUITY FUND | | None | | | Sold<br>(part) | 03/07/13 | M | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold | 03/07/13 | J | A | |
| 70. VANGUARD CA INTER TERM | E | Dividend | N | T | Buy | 03/08/13 | O | | |
| 71. | | | | | Sold<br>(part) | 09/11/13 | N | | |
| 72. VANGUARD EQUITY INCOME | D | Dividend | N | T | Buy | 03/07/13 | M | | |
| 73. VANGUARD LTD TERM TAX | E | Dividend | P1 | T | Buy | 03/08/13 | P1 | | |
| 74. | | | | | Buy<br>(add'l) | 12/04/13 | K | | |
| 75. VANGUARD SHORT TERM TAX | B | Dividend | N | T | Buy | 03/08/13 | N | | |
| 76. | | | | | Buy<br>(add'l) | 12/04/13 | J | | |
| 77. TANAKA GROWTH FUND CL R | | None | | | Sold | 03/07/13 | K | | |
| 78. SCHWAB CA MUNI MONEY FUND<br>(SWEEP) | A | Dividend | K | T | | | | | |
| 79. SCHWAB CA MUNI MONEY FUND<br>(NON-SWEEP) | A | Dividend | | | Closed | 03/07/13 | L | | |
| 80. FIDELITY CA AMT TAX FREE MMKT<br>INST CLASS | A | Dividend | | | Closed | 02/20/13 | P1 | | |
| 81. VERISIGHT RETIREMENT ACCT. | E | Dividend | P1 | T | | | | | |
| 82. -AMERICAN FUNDS FUNDAMENTAL<br>INVESTORS | | | | | Sold | 02/27/13 | J | A | |
| 83. -FIDELITY SMALL CAP DISCOVERY<br>FUND | | | | | Buy | 02/27/13 | L | | |
| 84. | | | | | Buy<br>(add'l) | 04/10/13 | J | | |
| 85. | | | | | Sold<br>(part) | 08/27/13 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  -*1 | | | | | Sold<br>(part) | 12/27/13 | J | A | |
| 87.  -OPPENHEIMER INTERNATIONAL BOND FUND | | | | | Buy | 02/27/13 | L | | |
| 88. | | | | | Buy<br>(add'l) | 04/10/13 | J | | |
| 89. | | | | | Buy<br>(add'l) | 08/27/13 | J | | |
| 90. | | | | | Buy<br>(add'l) | 09/10/13 | J | | |
| 91.  -*1 | | | | | Sold<br>(part) | 12/27/13 | J | | |
| 92.  -PIMCO TOTAL RETURN FUND (I) | | | | | Buy | 02/27/13 | N | | |
| 93. | | | | | Buy<br>(add'l) | 04/10/13 | J | | |
| 94. | | | | | Buy<br>(add'l) | 08/27/13 | J | | |
| 95. | | | | | Sold<br>(part) | 09/10/13 | M | | |
| 96.  -*1 | | | | | Sold<br>(part) | 12/27/13 | J | | |
| 97.  -VANGUARD 500 INDEX FUND (SIG) | | | | | Sold<br>(part) | 02/27/13 | K | C | |
| 98. | | | | | Buy<br>(add'l) | 04/10/13 | J | | |
| 99. | | | | | Sold<br>(part) | 08/27/13 | K | B | |
| 100. | | | | | Sold<br>(part) | 09/10/13 | J | A | |
| 101.  -*1 | | | | | Sold<br>(part) | 12/27/13 | J | C | |
| 102.  -VANGUARD INFLATION PROTECTED SECS. FUND (INV) | | | | | Buy | 02/27/13 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 04/10/13 | J | | |
| 104. | | | | | Buy<br>(add'l) | 08/27/13 | J | | |
| 105. | | | | | Buy<br>(add'l) | 09/10/13 | J | | |
| 106. -*1 | | | | | Sold<br>(part) | 12/27/13 | J | | |
| 107. -VANGUARD INTERMED.-TERM BOND INDEX FUND (SIG) | | | | | Buy | 02/27/13 | M | | |
| 108. | | | | | Buy<br>(add'l) | 04/10/13 | J | | |
| 109. | | | | | Buy<br>(add'l) | 08/27/13 | J | | |
| 110. | | | | | Sold<br>(part) | 09/10/13 | M | | |
| 111. -*1 | | | | | Sold<br>(part) | 12/27/13 | J | | |
| 112. -VANGUARD SHORT-TERM BOND INDEX FUND (SIG) | | | | | Buy | 02/27/13 | L | | |
| 113. | | | | | Buy<br>(add'l) | 03/28/13 | J | | |
| 114. | | | | | Buy<br>(add'l) | 08/27/13 | J | | |
| 115. | | | | | Buy<br>(add'l) | 09/10/13 | M | | |
| 116. -VANGUARD TARGET RETIREMENT INCOME FUND (INV) | | | | | Sold | 02/27/13 | M | E | |
| 117. -VANGUARD TARGET RETIREMENT 2015 FUND (INV) | | | | | Sold | 02/27/13 | M | E | |
| 118. -VANGUARD TARGET RETIREMENT 2025 FUND (INV) | | | | | Sold | 02/27/13 | N | E | |
| 119. -VANGUARD TOTAL INTL. STOCK INDEX FUND (SIG) | | | | | Buy | 02/27/13 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Buy (add'l) | 04/10/13 | J | | |
| 121. | | | | | Sold (part) | 08/27/13 | J | A | |
| 122. | | | | | Sold (part) | 09/10/13 | J | A | |
| 123. -*1 | | | | | Sold (part) | 12/27/13 | J | A | |
| 124. IRA #1 ▓▓▓▓▓▓ *4 | D | Dividend | M | T | | | | | |
| 125. -AMCAP FUND - CLASS A*4 | | | | | | | | | |
| 126. | | | | | Sold | 03/07/13 | M | B | |
| 127. -WASHINGTON MUTUAL INVESTORS FUND - CLASS A*4 | | | | | | | | | |
| 128. | | | | | Sold | 03/07/13 | M | B | |
| 129. -SCH ADV CASH RESRV PREM: SWZXX (SWEEP) | | | | | Open | 03/11/13 | K | | |
| 130. -DFA ONE YEAR FIXED INCOME FORTFOLIO: DFIHX | | | | | Buy | 03/13/13 | K | | |
| 131. | | | | | Sold | 06/10/13 | K | | |
| 132. -PIMCO FOREIGN BOND FUND | | | | | Buy | 03/11/13 | L | | |
| 133. -DFA INTL SMALL CAP VALUE | | | | | Buy | 06/10/13 | J | | |
| 134. -*1 | | | | | Sold (part) | 12/05/13 | J | B | |
| 135. -DFA REAL ESTATE | | | | | Buy | 06/10/13 | J | | |
| 136. -PIMCO COMMODITY REAL | | | | | Buy | 03/11/13 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  -VANGUARD REIT | | | | | Buy | 03/12/13 | J | | |
| 138. | | | | | Buy<br>(add'l) | 03/12/13 | J | | |
| 139. | | | | | Buy<br>(add'l) | 03/12/13 | J | | |
| 140. | | | | | Buy<br>(add'l) | 03/12/13 | J | | |
| 141.  IRA #2*5 | E | Dividend | P1 | T | | | | | |
| 142.  -AMERICAN FUNDS - EUROPACIFIC GROWTH FUND - CL A*5 | | | | | | | | | |
| 143. | | | | | Sold | 03/07/13 | M | B | |
| 144.  -AMERICAN FUNDS - THE GROWTH FUND OF AMERICA - CL A*5 | | | | | | | | | |
| 145. | | | | | Sold | 03/07/13 | L | B | |
| 146.  -AMERICAN FUNDS - NEW PERSPECTIVE FUND - CL A*5 | | | | | | | | | |
| 147. | | | | | Sold | 03/07/13 | K | A | |
| 148.  -AMERICAN FUNDS - CAPITAL WORLD GROWTH AND INCOME FUND - CL A*5 | | | | | | | | | |
| 149. | | | | | Sold | 03/07/13 | L | B | |
| 150.  -AMERICAN FUNDS - FUNDAMENTAL INVESTORS - CL A*5 | | | | | | | | | |
| 151. | | | | | Sold | 03/07/13 | M | C | |
| 152.  -AMERICAN FUNDS - THE INVESTMENT COMPANY OF AMERICA - CL A*5 | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. | | | | | Sold | 03/07/13 | N | D | |
| 154. -AMERICAN FUNDS - CAPITAL INCOME BUILDER - A*5 | | | | | | | | | |
| 155. | | | | | Sold | 03/07/13 | M | A | |
| 156. -AMERICAN FUNDS - THE INCOME FUND OF AMERICA - CL A*5 | | | | | | | | | |
| 157. | | | | | Sold | 03/07/13 | M | B | |
| 158. -AMERICAN FUNDS - AMERICAN BALANCED - CL A*5 | | | | | | | | | |
| 159. | | | | | Sold | 03/08/13 | M | B | |
| 160. -SCH ADV CASH RESRV PREM: SWZXX (SWEEP) | | | | | Open | 03/11/13 | L | | |
| 161. -DFA ONE YEAR FIXD INCM | | | | | Buy | 03/13/13 | L | | |
| 162. | | | | | Sold (part) | 06/10/13 | K | | |
| 163. -PIMCO FOREIGN BOND FUND | | | | | Buy | 03/11/13 | M | | |
| 164. -PIMCO REAL RETURN FUND | | | | | Buy | 03/11/13 | M | | |
| 165. -PIMCO TOTAL RETURN FUND | | | | | Buy | 03/11/13 | N | | |
| 166. -VANGUARD INFLATION | | | | | Buy | 03/11/13 | L | | |
| 167. -VANGUARD SHORT TERM BD | | | | | Buy | 12/05/13 | K | | |
| 168. -DFA COMMODITY STRATEGY | | | | | Buy | 03/11/13 | L | | |
| 169. | | | | | Buy (add'l) | 06/10/13 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 08/13/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170.  -DFA REAL ESTATE | | | | | Buy | 03/08/13 | L | | |
| 171.  -DFA US MICRO CAP PORT | | | | | Buy | 03/08/13 | M | | |
| 172. | | | | | Sold (part) | 12/05/13 | K | C | |
| 173.  -DFA US SMALL CAP PORT | | | | | Buy | 03/08/13 | L | | |
| 174. | | | | | Sold (part) | 12/05/13 | J | D | |
| 175.  -DFA US SMALL CAP VALUE | | | | | Buy | 03/08/13 | M | | |
| 176.  -PIMCO COMMODITY REAL | | | | | Buy | 06/10/13 | K | | |
| 177.  -VANGUARD REIT | | | | | Buy | 03/12/13 | K | | |
| 178.  ▇▇▇ CAPITAL ACCOUNT IN LAW FIRM PARTNERSHIP *2 | A | Interest | K | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*1 SALES 12/05/13 AND 12/27/13 MADE TO MEET ▓▓▓▓ REQUIRED MINIMUM DISTRIBUTION (RMD).

*2 THE EARNINGS REPORTED IN PART VII REPRESENT THE ▓▓▓▓ DISTRIBUTIVE SHARE OF PARTNERSHIP INTEREST INCOME.

*3 I WAS ONE OF SEVEN NAMED PLAINTIFFS IN BARKER et al V. UNITED STATES, CASE No. 1:12-cv-00826 (Fed.Cl.), BROUGHT TO CHALLENGE THE DENIAL OF ARTICLE III JUDGES' COST-OF-LIVING ADJUSTMENTS (COLAs) OVER MULTIPLE YEARS. ATTORNEY FEES AND COSTS WERE EXPENDED BETWEEN NOVEMBER 2012 THROUGH DECEMBER 31, 2013 IN THE TOTAL AMOUNT OF $186,612.35 ON A PRO BONO BASIS BY THE LAW FIRM OF SUSMAN GODFREY, LLP, ▓▓▓▓▓▓▓▓▓▓ SEATTLE, WA 98101 WHO SERVED AS PLAINTIFFS' COUNSEL WITHOUT COMPENSATION OR REIMBURSEMENT FROM ME OR THE OTHER PLAINTIFFS.

*4 ON FEBRUARY 26, 2013, SHARES IN MUTUAL FUNDS HELD IN IRA ▓▓▓ ACCOUNT WITH AMERICAN FUNDS AS CUSTODIAN WERE TRANSFERRED TO A NEW IRA ▓▓▓ ACCOUNT WITH CHARLES SCHWAB AS CUSTODIAN (ITEMS #125 AND #127 WERE TRANSFERRED).

*5 ON FEBRUARY 26, 2013, SHARES IN MUTUAL FUNDS HELD IN IRA ACCOUNT WITH AMERICAN FUNDS AS CUSTODIAN WERE TRANSFERRED TO A NEW IRA ACCOUNT WITH CHARLES SCHWAB AS CUSTODIAN (ITEMS #142, #144, #146, #148, #150, #152, #154, #156, AND #158 WERE TRANSFERRED).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ MARSHA S. BERZON

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544